UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN RAWSKI,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                              /

Case No. 17-11951

Honorable Nancy G. Edmunds

## **ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S JUNE 13, 2018 REPORT AND RECOMMENDATION [18]**

Currently before the Court is the magistrate judge's June 13, 2018 report and recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that the Plaintiff's Motion for Summary Judgment [14] is DENIED, that Defendant's Motion for Summary Judgment [17] is GRANTED and that Plaintiff's Complaint is hereby DISMISSED in its entirety.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 9, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 9, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager